# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# (CENTRAL DIVISION)

| | |
|---|---|
| GUIDEONE INSURANCE COMPANY (f/k/a GUIDEONE MUTUAL INSURANCE COMPANY) and GUIDEONE NATIONAL INSURANCE COMPANY,<br><br>    Plaintiffs<br>v.<br><br>PICC PROPERTY AND CASUALTY COMPANY CO. LTD, SHENZHEN BRANCH, and PICC PROPERTY AND CASUALTY COMPANY CO. LTD.,<br><br>    Defendants. | Civil Action No. 23-cv-00493-RGE-WPK |

## MOTION TO CORRECT SPELLING OF DEFENDANTS' NAMES

Plaintiffs GuideOne Insurance Company (formerly known as GuideOne Mutual Insurance Company) and GuideOne National Insurance Company (collectively, "GuideOne") hereby move to correct a modest misspelling of the Defendant names set forth in the Complaint [Docket No. 1] and First Amended Complaint [Docket No. 8]. As reflected below, GuideOne inadvertently inserted an extra "Co." into the Defendants' names:

| Defendant Names Reflected In Complaints | Corrected Defendant Names |
|---|---|
| PICC Property and Casualty Company <u>Co.</u> Ltd, Shenzhen Branch | PICC Property and Casualty Company Ltd., Shenzhen Branch |
| PICC Property and Casualty Company <u>Co.</u> Ltd. | PICC Property and Casualty Company Ltd. |

1

The Defendants are not currently represented in this lawsuit. Pursuant to Local Rule 7(k), on April 3, 2024, counsel for GuideOne emailed the Defendants seeking to confer and to learn whether the Defendants would oppose this motion seeking to correct the spelling of Defendant names. The Defendants responded but took no position on the Motion.

Accordingly, GuideOne respectfully requests that the Court: (1) deem the First Amended Complaint to reflect the corrected Defendant names: PICC Property and Casualty Company Ltd., Shenzhen Branch and PICC Property and Casualty Company Ltd.; and, (2) direct the clerk to update the case caption to reflect the corrected Defendant names.

Dated: April 5, 2024

Respectfully submitted,
GUIDEONE INSURANCE COMPANY (f/k/a, GUIDEONE MUTUAL INSURANCE COMPANY) and GUIDEONE NATIONAL INSURANCE COMPANY,

By its attorneys,
*/s/ Alex Johnson*
Alexander M. Johnson AT0004024
John D. Hunter AT0003836
BROWN, WINICK, GRAVES, GROSS & BASKERVILLE, PLC
666 Grand Ave, #2000
Des Moines, IA 50309
Telephone: (515) 242-2400
Fax: (515) 283-0231
Email: alex.johnson@brownwinick.com
Email: john.hunter@brownwinick.com
ATTORNEYS FOR PLAINTIFFS

Of Counsel:

David A. Attisani
JP Jaillet
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Fax: (617) 248-4000
Email: dattisani@choate.com
ATTORNEYS FOR PLAINTIFFS