# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# (CENTRAL DIVISION)

| | |
|---|---|
| GUIDEONE INSURANCE COMPANY (f/k/a GUIDEONE MUTUAL INSURANCE COMPANY) and GUIDEONE NATIONAL INSURANCE COMPANY,<br><br>    Plaintiffs,<br>v.<br><br>PICC PROPERTY AND CASUALTY COMPANY CO. LTD, SHENZHEN BRANCH, and PICC PROPERTY AND CASUALTY COMPANY CO. LTD.,<br><br>    Defendants. | Civil Action No. 23-cv-00493-RGE-WPK |

## MEMORAUNDUM IN SUPPORT OF
## GUIDEONE'S MOTION TO CORRECT SPELLING OF DEFENDANT NAMES

Plaintiffs GuideOne Insurance Company (formerly known as GuideOne Mutual Insurance Company) and GuideOne National Insurance Company (collectively, "GuideOne") hereby submit this memorandum of law in support of their *Motion To Correct Spelling Of Defendants' Names*.

**I.    Background.**

GuideOne's Complaint [Docket No. 1] and First Amended Complaint [Docket No. 8] include a modest misspelling of Defendant names. As reflected below, GuideOne inadvertently inserted an extra "Co." in those monikers:

| **Defendant Names Reflected In Complaints** | **Corrected Defendant Names** |
|---|---|
| PICC Property and Casualty Company <u>Co.</u> Ltd, Shenzhen Branch | PICC Property and Casualty Company Ltd., Shenzhen Branch |
| PICC Property and Casualty Company <u>Co.</u> Ltd. | PICC Property and Casualty Company Ltd. |

1

**II.    Argument.**

GuideOne requests that the Court: (1) deem the First Amended Complaint to reflect the corrected Defendant names: PICC Property and Casualty Company Ltd., Shenzhen Branch and PICC Property and Casualty Company Ltd.; and, (2) direct the clerk to update the case caption to reflect the corrected Defendant names.

Similar motions have been granted liberally.  *See*, *e.g.*:

- *Roudabush v. Bitener*, No. 15-3185(RMB), 2015 U.S. Dist. LEXIS 132442, at *2-3 (D.N.J. Sep. 30, 2015) ("ORDERED that Plaintiff's motion to correct the spelling of Defendant 'Alatary' (ECF No. 43) is GRANTED; the Clerk of Court shall correct the docket entries to reflect the corrected spelling from 'Altieri' to 'Alatary'");

- *Jamison v. Davue*, No. CIV S-11-2056 WBS DAD P, 2012 U.S. Dist. LEXIS 40266, at *5-6 n.1 (E.D. Cal. Mar. 22, 2012) ("In his complaint, plaintiff spelled defendant Davue's name 'Dauve' and spelled defendant Radamaker's name 'Ratliff'. Plaintiff has filed a motion to correct the spelling of the defendants' names. Good cause appearing, the court will grant plaintiff's motion and direct the Clerk of the Court to amend the docket to reflect the correct spelling of defendants' names.");

- *Tuck v. City of Gardiner Police Dep't*, No. 1:18-cv-00212-JDL, 2019 U.S. Dist. LEXIS 125807, at *2 n.1 (D. Me. July 28, 2019) ("If 'Tims' is the correct spelling of the defendant's last name, the plaintiff should file a motion to correct the spelling of Mr. Tims' name in the caption of his amended complaint.").

- *DeJesus v. Wehrman*, No. 5:16-cv-04745, 2017 U.S. Dist. LEXIS 160233, at *24 (E.D. Pa. Sep. 27, 2017) ("Plaintiff's Cross-Motion to Correct the Spelling of Defendant Todd Grager's name to 'Grager', ECF No. 31, is GRANTED.").

The Court should accept the requested corrections, which are modest in nature.

**III.   Compliance With Local Rule 7(k).**

The Defendants are not currently represented in this lawsuit.  Pursuant to Local Rule 7(k), on April 3, 2024, counsel for GuideOne emailed the Defendants seeking to confer and to learn

2

whether the Defendants would oppose this motion seeking to correct the spelling of Defendant names.  The Defendants responded but took no position on the Motion.

## IV.     Request For Relief.

Accordingly, GuideOne respectfully requests that the Court: (1) deem the First Amended Complaint to reflect the corrected Defendant names: PICC Property and Casualty Company Ltd., Shenzhen Branch and PICC Property and Casualty Company Ltd.; and, (2) direct the clerk to update the case caption to reflect the corrected Defendant names.

Dated:  April 5, 2024

Respectfully submitted,
GUIDEONE INSURANCE COMPANY (f/k/a, GUIDEONE MUTUAL INSURANCE COMPANY) and GUIDEONE NATIONAL INSURANCE COMPANY,

By its attorneys,
*/s/ Alex Johnson*
Alexander M. Johnson AT0004024
John D. Hunter AT0003836
BROWN, WINICK, GRAVES, GROSS & BASKERVILLE, PLC
666 Grand Ave, #2000
Des Moines, IA 50309
Telephone: (515) 242-2400
Fax: (515) 283-0231
Email: alex.johnson@brownwinick.com
Email: john.hunter@brownwinick.com
ATTORNEYS FOR PLAINTIFFS

Of Counsel:

David A. Attisani
JP Jaillet
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
Telephone: (617) 248-5000
Fax: (617) 248-4000
Email: dattisani@choate.com
ATTORNEYS FOR PLAINTIFFS